**FIRST NATIONAL BANK IN ST. LOUIS Appellant, v. William L. O'CONNELL, Successor Receiver, etc. No. 10201.**

Circuit Court of Appeals, Eighth Circuit. Dec. 31, 1934.

Rhodes E. Cave and Bryan Purteet, both of St. Louis, Mo., for appellant.

Fred L. English, of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal dismissed, at costs of appellant, but without taxation of attorney fee in favor of appellee, per stipulation of parties.

**Herbert FLEISHHACKER et al., Appellants, v. Rose BARDE et al., Appellees. No. 7665.**

Circuit Court of Appeals, Ninth Circuit. May 2, 1935.

Young, Hudson & Rabinowitz and McKinstry, Haber & Coombes, all of San Francisco, Cal., for appellants.

Dunne, Dunne & Cook and Arthur B. Dunne, all of San Francisco, Cal., and Dey, Hampson & Nelson, of Portland, Or., for appellees.

Before WILBUR, DENMAN, and MATHEWS, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered judgment of District Court affirmed; mandate forthwith.

**John H. FREDERICK, Appellant, v. UNITED STATES of America. No. 9842.**

Circuit Court of Appeals, Eighth Circuit. March 19, 1935.

L. L. Cronkrite and Lee Cazort, both of Little Rock, Ark., for appellant.

Clinton R. Barry, U. S. Atty., of Fort Smith, Ark., for the United States.

PER CURIAM.

Mandate of Supreme Court of the United States ordered filed and recorded. Judgment of District Court reversed, and cause remanded for new trial.

**Conrad FUSS, Appellant, v. Carrie E. FUSS. No. 10202.**

Circuit Court of Appeals, Eighth Circuit. Dec. 18, 1934.

Herbert F. Mayer and Arthur C. Mayer, both of Grand Island, Neb., for appellant.

Harvey Johnsen, D. J. Gross, and Bryce Crawford, Jr., all of Omaha, Neb., for appellee.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, per stipulation of parties.